AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Parcel # 9505516212709065200463,<br>addressed to Douglas Ruiz, 113 Bakertown RD<br>Antioch, TN 37013 | Case No. 3:19mj3060 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Middle_____ District of _____Tennessee_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a), 843(b), 846 | Possession with intent to distribute controlled substances, Use of communication facility to commit/facilitate drug trafficking felony, drug trafficking conspiracy |

The application is based on these facts:

See attached Statement

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

David Wilson, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 3-20-2019

_____
Judge's signature

City and state: Nashville, Tennessee

Joe B. Brown, U.S. Magistrate Judge
Printed name and title

**Statement of Probable Cause**

David Wilson, Postal Inspector, U. S. Postal Inspection Service, Middle District of Tennessee, being duly sworn, does hereby state as follows:

1. I have been a U. S. Postal Inspector since May 2007, and I am currently assigned to the Nashville, Tennessee office of the U. S. Postal Inspection Service (USPIS). My duties include the investigation of illegal mailing and receipt of controlled substances, proceeds and related items in violation of Title 21, United States Code, Sections 841(a), 843(b) and 846. Prior to becoming a Postal Inspector, I worked approximately three years as a Special Agent with the Drug Enforcement Administration (DEA) and seven years as a local law enforcement officer. Throughout my career in law enforcement, I have participated in investigations which have resulted in the arrest of individuals who have received and/or distributed controlled substances, proceeds and related items.

2. The facts contained in this statement are based on personal knowledge and information learned during this investigation from other law enforcement sources. This statement does not provide each and every detail known by me regarding this investigation, but rather provides information necessary to establish probable cause for the issuance of a search warrant for a United States Postal Service (USPS) Priority Mail parcel containing the following tracking label 9505516212709065200463 (the "Target Parcel"), addressed to Douglas Ruiz, 113 Bakertown RD, Antioch TN 37013 (the "Target Address"). The Target Parcel was mailed on March 6, 2019. According to the shipping label, the Target Parcel was shipped from Ruben Castillo, 540 E. Hardy ST, Inglewood, CA 90301 (the "Mailer's Address"). (See Attachment A.)

3. I am submitting this statement in support of an application for a warrant to search the Target Parcel (more specifically described in Attachment A) for controlled substances, proceeds and related items (more specifically described in Attachment B).

4. Through my training and experience, I am aware that drug traffickers use the U.S. Postal Service's (USPS) Express and Priority Mail service to transport controlled substances, proceeds and related items. Pursuant to ongoing general criminal investigations of narcotics and narcotics proceeds being shipped into and out of the Middle District of Tennessee, I conduct routine parcel and label analysis in an attempt to identify new suspects and suspect packages. As part of this label and parcel analysis, addresses that are suspected of receiving controlled substances, proceeds, and related items via the U. S. Mail are flagged to identify new packages as they arrive and for further investigation. In addition, certain geographic locations have been identified as known sources or demand areas for narcotics.

5. As part of ongoing general investigations of controlled substance violations, the Target Parcel was identified as a possible suspect parcel pursuant to the parcel watch or flag that was placed on the address, 113 Bakertown RD, Antioch TN 37013.

5. On March 8, 2019, the U. S. Postal Inspection Service Nashville, TN Domicile was made aware of the Target Parcel being in transit to the Target Address in the Middle District of Tennessee from California and weighing approximately 11 pounds 12 ounces.

6. The Target Parcel was intercepted and a physical review determined it to be described as a USPS Express Mail envelope addressed to: Douglas Ruiz, 113 Bakertown RD, Antioch TN 37013 with a return address of Ruben Castillo, 540 E. Hardy ST, Inglewood, CA 90301. Utilizing open source databases, I confirmed the name on the addressee portion of the Target Parcel, Douglas Ruiz, does not associate to 113 Bakertown RD, Antioch TN 37013, and is

therefore suspected to be likely fictitious as well. I ran the return address through Google maps and the address provided on the return address portion of the target parcel was a parking lot per Google, and is therefore suspected to be likely fictitious as well. Through my training and experience, I am aware that drug traffickers routinely use fictitious names on a suspect parcel to avoid detection and identification by law enforcement agents that might identify and investigate suspect parcels containing controlled substances, proceeds and related items. Additionally, I know from my training and experience that California is a known source area for controlled substances.

7. I secured the Target Parcel and requested a trained drug detection canine from the Metropolitan Nashville Police Department (MNPD) Canine unit. On March 13, 2019, the Target Parcel, along with four control parcels (parcels containing no narcotics) were placed before MNPD drug detection canine named "Stryker." The dog positively alerted on the parcel described in Attachment A at approximately 1:57 P.M. This positive alert indicates the parcel contains the odor of a controlled substance and may contain a controlled substance. The dog did not alert on the four control parcels.

8. MNPD Officer William Taylor is the canine handler for "Stryker" and has been for approximately 5 years. According to Officer Taylor, "Stryker" has received certification as a drug detection canine from the United States Police Canine Association and was most recently recertified in December 2018. According to Officer Taylor, "Stryker" has proven reliable in the detection of narcotics in past investigations.

9. At this time, the Target Parcel described in Attachment A is secured at the Nashville USPIS Domicile, 215 Centerview Dr., Suite 265, Brentwood TN 37027.

10. I believe that, based upon the totality of facts and circumstances, including the use of fictitious names and or addresses, as well as, the indication of the presence of the odor of

3

narcotics by a certified drug-detection dog, there is probable cause to believe that evidence relating to violations of Title 21, United States Code, Sections 841(a), 843(b) and 846, is located within the parcel described in Attachment A.

    Further I sayeth not.

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

A USPS Priority Mail parcel measuring approximately 12-inch by 12-inch by 10-inch that currently is located at the U.S. Postal Inspection Service Nashville Domicile, 215 Centerview Dr., Suite 265, Brentwood TN 37027, and that bears or reflects the following information:

| | |
|---|---|
| Priority Mail #: | 9505516212709065200463 |
| Addressee: | Douglas Ruiz<br>113 Bakertown RD<br>Antioch, TN 37013 |
| Return Address: | Ruben Castillo<br>540 E. Hardy ST<br>Inglewood, CA 90301 |
| Class of Mail: | Priority Mail |
| Postage affixed: | $43.40 |
| Size of Parcel: | 11 lbs 12 ozs |



US POSTAGE PAID
$43.40
Origin: 98301
03/06/19
05366-40510-23

PRIORITY MAIL 2-Day®

11 Lb 12.0 Oz
1004
C004

EXPECTED DELIVERY DAY: 03/08/19

SHIP
TO:
113 BAKERTOWN RD
ANTIOCH TN 37013-5050

USPS TRACKING NUMBER

9505 5162 1270 9065 2004 63



# **ATTACHMENT B**

## PROPERTY TO BE SEIZED

Evidence, fruits, and instrumentalities of violations of federal law, including 21 U.S.C. §§ 841, 843(b), and 846. This evidence, fruits, and instrumentalities includes:

(1)  Controlled substances;

(2)  Documents, books, notebooks, ledgers, papers, or records – regardless of whether in paper, electronic, or digital form – that contain or reflect notations regarding controlled substances or violations of 21 U.S.C. §§ 841, 843(b), or 846; and

(3)  Packaging materials, paraphernalia, or other materials used to conceal, package, dispense, hold, wrap, dispense, or use controlled substances.